

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-17-00765-CR

Jesse **MACWILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2501
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file the appellant's brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court